# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case Nos. 6D2023-1592, 6D2023-2412
CONSOLIDATED
Lower Tribunal No. 2019-CA-000926-O

_____

CHRISTOPHER LANGDON,

Appellant,

v.

SUN LAKE MULTI FAMILY HOLDINGS, LLC, ALLISON MURRELL, GREYSTAR
PROPERTY MANAGEMENT, STATE OF FLORIDA, EVELYN CAMACHO, ROBERT FAITH,
SHAWNA POLLACK, and ANGELA WHITT,

Appellees.

_____

Appeal from the Circuit Court for Orange County.
Vincent Falcone, III, Judge.

July 12, 2024

PER CURIAM.

Christopher Langdon appeals an order dismissing with prejudice counts 1 through 6 in his Fourth Amended Complaint against Defendants Sun Lake Multi Family Holdings, LLC, Greystar Property Management, Shawna Pollack, Angela Whitt, and Allison Murrell.[1]  As Langdon's notice of appeal was not filed within 30 days after rendition of the order to be reviewed, this court lacks jurisdiction to

---

[1] This case was transferred from the Fifth District Court of Appeal to this Court on January 1, 2023.

consider the merits of his appeal. *See Pennywell v. Dep't of Revenue ex rel. Woodard*, 62 So. 3d 19, 20 (Fla. 1st DCA 2011) ("The filing deadline is jurisdictional, and the untimely filing of a notice of appeal precludes the court from exercising jurisdiction over the appeal."). Accordingly, Langdon's appeal of the order dismissing with prejudice counts 1 through 6 in his Fourth Amended Complaint is dismissed.

There is, however, a separate order on an ancillary issue properly before this Court. Langdon timely filed a notice of appeal asking this Court to review an order awarding $37,678.25 in attorney fees and $331.92 in costs to Defendants Sun Lake Multi Family Holdings, LLC, Greystar Property Management, and Allison Murrell. Upon our review of this order, the parties' briefs, and the record on appeal, we affirm the trial court's award.

DISMISSED in part; AFFIRMED in part.

TRAVER, C.J., and NARDELLA and WHITE, JJ., concur.


Christopher Langdon, Winter Park, pro se.

Barry B. Johnson, of Miller Johnson Law, P.L., Altamonte Springs, for Appellee, Sun Lake Multi Family Holdings, LLC.

No Appearance for Appellees, Allison Murrell, Greystar Property Management, State of Florida, Evelyn Camacho, Robert Faith, Shawna Pollack, and Angela Whitt.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED

2